IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES SISNEROS,

           Plaintiff,

vs.                                                                  Civil No.        14-494 JCH/WPL

CAROLYN W. COLVIN, Acting
Commissioner of the Social Security
Administration,

           Defendant.

## ORDER

      THIS MATTER is before the Court on Plaintiff's Unopposed Motion for Attorney Fees Pursuant to the Equal Access to Justice Act, with Memorandum in Support [Doc. 27], filed on July 2, 2015. The parties have stipulated to EAJA fees in the amount of $5,200.00 for work performed in 2014 and 2015. The Court being otherwise fully advised in the premises, FINDS that the motion is well-taken and will be GRANTED.

      IT IS THEREFORE ORDERED THAT the motion is GRANTED and Plaintiff is awarded $5,200.00 in attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). See Astrue v. Ratliff, 560 U.S. 586, 591-93 (2010) (EAJA fees are paid to the prevailing party, not the attorney).

      IT IS FURTHER ORDERED THAT, if Plaintiff's counsel receives attorney fees under both the EAJA and 42 U.S.C. § 406(b) of the Social Security Act, Plaintiff's counsel shall refund the smaller award to Plaintiff pursuant to Weakley v. Bowen, 803 F.2d 575, 580 (10th Cir. 1986).

      IT IS SO ORDERED.

                                                          WILLIAM P. LYNCH
                                                          United States Magistrate Judge

Submitted By:
*/s/Michael D. Armstrong*
Michael D. Armstrong
Attorney for Plaintiff
220 Adams St. SE, Suite B,
Albuquerque, NM 87108
Bus. (505) 890-9056 Fax. (505) 266-5860

Email Approval on 7/2/15
James Burgess
Assistant Regional Counsel
Social Security Administration, Region VIII
Office of the General Counsel
1961 Stout St., Ste. 4169
Denver, CO 80294-4003
Phone: (303) 844-1856
Facsimile: (303) 844-0770